UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MICHAEL EUGENE HOLSEY | ) | |
| | ) | |
| v. | ) | Case No. CV415-198 |
| | ) | CR413-119 |
| UNITED STATES OF AMERICA | ) | |

## ORDER

In this 28 U.S.C. § 2255 motion, Michael Holsey asks the Court to vacate his convictions for because of alleged constitutional violations committed by the prosecuting attorney, former Assistant United States Attorney Cameron Heaps Ippolito, and the investigating case agent, ATF Special Agent Lou Valoze. CR413-119, doc. 57 at 5. The Honorable James E. Graham, United States Magistrate Judge for the Southern District of Georgia, has been assigned to handle all such matters. *See, e.g., Hernandez-Landeros v. United States*, 2015 WL 4040568 at * 1 (S.D. Ga. June 30, 2015). Accordingly, the Clerk is **DIRECTED** to refer this case to Judge Graham.

**SO ORDERED**, this 20th day of July, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA