# United States District Court
### Southern District of Georgia

Michael Eugene Holsey

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:15-cv-198
4:13-cr-119

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order entered 11/20/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the 2255 petition.



11/20/17
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk